LEGAL DESCRIPTION

THE FOLLOWING REAL PROPERTY, SITUATED IN THE COUNTY OF FRANKLIN, IN THE STATE OF OHIO, AND IN THE CITY OF COLUMBUS:

BEING A PART OF LOT NUMBER ONE HUNDRED THIRTY-THREE (133) OF HOME ACRES ADDITION, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN PLAT BOOK 16, PAGE 23, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN IN THE SOUTHERLY LINE OF RUMSEY ROAD (50 FEET WIDE), SAID IRON PIN BEING THE NORTHWESTERLY CORNER OF SAID LOT 133, SAID IRON PIN BEING NORTH 85° 44' WEST, A DISTANCE OF 276.20 FEET FROM THE INTERSECTION ON SAID SOUTHERLY LINE OF SAID RUMSEY ROAD WITH THE WESTERLY LINE OF SOUTH SIXTH STREET (50 FEET WIDE);

THENCE SOUTH 85° 44' EAST, ALONG THE SAID SOUTHERLY LINE OF SAID RUMSEY ROAD AND THE NORTHERLY LINE OF SAID LOT 133, A DISTANCE OF 52.50 FEET TO AN IRON PIN;

THENCE SOUTH 4° 17' WEST ACROSS SAID LOT 133, AND BEING PARALLEL TO AND 85.60 FEET WESTERLY OF THE EASTERLY LINE OF SAID LOT 133, A DISTANCE OF 190.00 FEET TO AN IRON PIN, SAID IRON PIN BEING IN THE SOUTHERLY LINE OF SAID LOT 133;

THENCE NORTH 85° 44' WEST, ALONG THE SAID SOUTHERLY LINE OF SAID LOT 133, A DISTANCE OF 52.50 FEET TO AN IRON PIN, SAID IRON PIN BEING THE SOUTHWESTERLY CORNER OF SAID LOT 133;

THENCE NORTH 4° 17' EAST ALONG THE WESTERLY LINE OF SAID LOT 133, A DISTANCE OF 190.00 FEET TO THE PLACE OF BEGINNING, AND CONTAINING 9,975 SQUARE FEET, SUBJECT, HOWEVER, TO ALL LEGAL EASEMENTS OF RECORD, AND OF RECORDS, EASEMENTS, AND RESTRICTIONS IN THE RESPECTIVE UTILITY OFFICES.

PARCEL ID #010-012070-00